# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Architectural Busstrut Corporation *doing business as* busSTRUT , | Case No. 19-cv-968 (DSD/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Target Corporation, | |
| Defendant. | |

This case is before the Court on the Stipulation to Amend the Amended Pretrial Scheduling Order (Dkt. 43). Having considered the Stipulation and for good cause shown, **IT IS ORDERED** that**:**

1. The Court's Amended Pretrial Scheduling Order (Dkt. 41) is amended as follows:

   a. The parties must commence fact discovery procedures in time to be completed on or before **August 27, 2020**.

   b. Disclosure of the identities of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) (accompanied by the written report prepared and signed by the expert witness) and the full disclosures required by Rule 26(a)(2)(C), shall be made as follows:

      i. Identities by the party with the burden of proof on or before **August 27, 2020**.

      ii. Disclosures by the party with the burden of proof on or before **September 7, 2020**.

      iii. Rebuttal identities and disclosures on or before **October 6, 2020**.

c. Expert discovery, including depositions, shall be completed by **October 27, 2020**.

d. All non-dispositive motions and supporting documents that relate to fact discovery shall be filed and served on or before **September 10, 2020**.

e. All non-dispositive motions and supporting documents that relate to expert discovery, shall be filed and served on or before **November 10, 2020**.

f. All dispositive motions shall be served and filed on or before **January 8, 2021**.

g. This case will be ready for a jury trial on or about **May 3, 2021.**

All other provisions set forth in the Amended Pretrial Scheduling Order shall remain the same.

Date: April 16, 2020          *s/Elizabeth Cowan Wright*
                                                ELLIZABETH COWAN WRIGHT
                                                United States Magistrate Judge