**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Architectural Busstrut Corporation *doing business as* busSTRUT,<br><br>Plaintiff,<br><br>v.<br><br>Target Corporation,<br><br>Defendant. | Case No. 19-cv-968 (DSD/ECW)<br><br>**STIPULATION TO AMEND THE APRIL 16, 2020 AMENDED PRETRIAL SCHEDULING ORDER** |

The parties hereby submit the following Stipulation to Amend the April 16, 2020 Order amending the pretrial scheduling order (the "Order") (Dkt. 45).

1.     The Court's Order (Dkt. 45) sets trial for on or about May 3, 2021 and affixes, among others, the following discovery deadlines:

a.     The parties must commence fact discovery procedures in time to be completed on or before **August 27, 2020**.

b.     Disclosure of the identities of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) (accompanied by the written report prepared and signed by the expert witness) and the full disclosures required by Rule 26(a)(2)(C), shall be made as follows:

i.     Identities by the party with the burden of proof on or before **August 27, 2020**.

ii.     Disclosures by the party with the burden of proof on or before **September 7, 2020**.

        iii.  Rebuttal identities and disclosures on or before **October 6, 2020**.

c.      Expert discovery, including depositions, shall be completed by **October 27, 2020**.

d.      All non-dispositive motions and supporting documents that relate to fact discovery shall be filed and served on or before **September 10, 2020**.

e.      All non-dispositive motions and supporting documents that relate to expert discovery, shall be filed and served on or before **November 10, 2020**.

2.      While the parties have been diligently and cooperatively pursuing the completion of discovery, the parties' ability to meet the forgoing deadlines has been substantially impacted due to the travel, social distancing, and various other implementations enacted throughout the country as a result of the COVID-19 pandemic. The discovery that remains to be completed entails substantial travel. The lawyers handling this case and pertinent witnesses who need to be deposed are located in Texas, Ohio, and Minnesota. As a result of these restrictions, good cause exists under Local Rule 16.3(b) to modify the Amended Pretrial Scheduling Order.

3.      Because of the uncertainty surrounding when exactly the COVID-19 pandemic will pass and the related restrictions will be lifted, the parties have agreed to, and respectfully request that the Court grant, a 120-day extension of each of the discovery deadlines stated above such that the new deadlines would be as follows:

a.      The parties must commence fact discovery procedures in time to be completed on or before **December 22, 2020**.

2

    b.      Disclosure of the identities of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) (accompanied by the written report prepared and signed by the expert witness) and the full disclosures required by Rule 26(a)(2)(C), shall be made as follows:

        i.   Identities by the party with the burden of proof on or before **December 22, 2020**.

        ii.   Disclosures by the party with the burden of proof on or before **January 6, 2021**.

        iii.   Rebuttal identities and disclosures on or before **February 5, 2021**.

    c.      Expert discovery, including depositions, shall be completed by **February 24, 2021**.

    d.      All non-dispositive motions and supporting documents that relate to fact discovery shall be filed and served on or before **January 8, 2021**.

    e.      All non-dispositive motions and supporting documents that relate to expert discovery, shall be filed and served on or before **March 10, 2021**.

Based upon the forgoing, Plaintiff and Defendant, through their undersigned counsel, hereby move that the Court enter an order further amending the Amended Pretrial Scheduling Order to extend the deadlines as set forth herein.

Date:  July 24, 2020                       KIRKLAND & ELLIS, LLP

                                           */s/ Jeremy A. Fielding*
                                           Jeremy A. Fielding (*admitted pro hac vice*)
                                           Texas State Bar No. 24040895
                                           Email: Jeremey.fielding@kirkland.com
                                           John D. Kelley (*admitted pro hac vice*)
                                           Texas State Bar No. 24090202
                                           Email: jon.kelly@kirkland.com
                                           Michael Kalis (*admitted pro hac vice*)
                                           Texas State Bar No. 24092606
                                           Email: michael.kalis@kirkland.com
                                           1601 Main Street
                                           Dallas, Texas 75202
                                           Tel : (214) 972-1755
                                           Fax : (214) 972-1771

                                           and

                                           ABBOTT LAW OFFICE

                                           Gregory A. Abbott
                                           Minnesota Reg. No.0209491
                                           gabbot@abbottlaw.us
                                           P.O. Box 24443
                                           Minneapolis, Minnesota 55424
                                           Telephone:   612.217.2440

                                           ATTORNEYS FOR PLAINTIFF
                                           ARCHITECTURAL BUSSTRUT d/b/a
                                           BUSSTRUT


Date:  July 24, 2020                       WINTHROP & WEINSTINE, P.A.

                                           */s/ Matthew R. McBride*
                                           Matthew R. McBride, #0261981
                                           mmcbride@winthrop.com
                                           Quin C. Seiler, #0396699
                                           qseiler@winthrop.com
                                           225 South Sixth Street, Suite 3500

4

Minneapolis, Minnesota 55402
Telephone: (612) 604-6400

ATTORNEYS FOR TARGET
CORPORATION