**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ARCHITECTURAL BUSSTRUT CORPORATION d/b/a busSTRUT** § § § *Plaintiff*, § § **v.** § § **TARGET CORPORATION** § § *Defendant*. § § § | Case No. 0:19-cv-00968-DSD-ECW<br><br>Judge David S. Doty<br><br>Magistrate Judge Elizabeth Cowan Wright |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 7-1(b)(3), Architectural busSTRUT Corporation ("busSTRUT") respectfully asks that the Court grant it leave to file a reply memorandum in support of Plaintiff's Motion for Leave to File a First Amended Complaint (Dkt. 53) (the "Motion"). In its response to the Motion, Target Corporation ("Target") offered an incomplete view of relevant caselaw and distorted the factual underpinnings of the Motion. Although busSTRUT is prepared to address these issues at the hearing, busSTRUT believes the Court would be best aided by allowing busSTRUT the opportunity for a more complete response via the reply memorandum sought herein. The proposed reply memorandum is attached as **Exhibit A**.

Date:  January 27, 2021               **KIRKLAND & ELLIS LLP**

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding (admitted *pro hac vice*)
Texas Bar No. 24040895
Email: jeremy.fielding@kirkland.com
Michael Kalis (admitted *pro hac vice*)
Texas Bar No. 24092606
Email: michael.kalis@kirkland.com
1601 Elm Street
Dallas, Texas 75201
Tel : (214) 972-1755
Fax : (214) 972-1771

**ABBOTT LAW OFFICE**

Gregory A. Abbott
Minnesota Reg. No. 0209491
Email: gabbott@abbottlaw.us
P.O. Box 24443
Minneapolis, Minnesota 55424
Telephone:    (612) 217-2440

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

I certify that the Motion complies with Local Rules 7.1(f) and 7.1(h). In the preparation of this reply memorandum, I used Microsoft Word Version 2016 and this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. I certify that this Motion contains 191 words, excluding the caption designation, the signature block text, and this certificate of compliance.

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding

## MEET-AND-CONFER STATEMENT

Counsel for busSTRUT met and conferred with counsel for Target on January 26, 2021 in an effort to seek agreement concerning the issues raised in this Motion. Counsel for Target refused to consent to busSTRUT's desired reply.

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding

## CERTIFICATE OF SERVICE

I certify that on January 27, 2021, a true and correct copy of the foregoing was served on all counsel of record via this Court's ECF filing system.

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding