# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Architectural Busstrut Corporation,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>Target Corporation,<br><br>　　　　　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Elizabeth Cowan Wright<br>U.S. Magistrate Judge<br>Hearing via Zoom for Government<br><br>Civil Case No.:　19-cv-00968-DSD-ECW<br>Date:　January 29, 2021<br>Court Reporter:　Erin Drost<br>Time Commenced:　10:33 a.m.<br>Time Concluded:　11:33 a.m.<br>Time in Court:　1 hour |

APPEARANCES:

For Plaintiff:　　Jeremy Fielding, Michael Kalis, and Gregory Abbott.
For Defendant:　　Lisa Ellingson

The Court heard oral argument on:

Plaintiffs' Motion for Leave to File a First Amended Complaint (Dkt. 53); and

Plaintiff's Motion for Leave to File a Reply Memorandum in Support of Plaintiff's Motion for Leave to File a First Amended Complaint (Dkt. 66)
.
**MOTIONS TAKEN UNDER ADVISMENT - ORDER TO ISSUE**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/SGK
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Law Clerk