## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCHITECTURAL BUSSTRUT CORPORATION d/b/a busSTRUT,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 0:19-cv-00968-DSD-ECW |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and other applicable law, Defendant Target Corporation ("Defendant") respectfully moves this Court to grant Defendant's Motion for Summary Judgment.

Defendant's motion will be brought based upon the pleadings, all of the files, records, and proceedings herein, and Defendant's Memoranda of Law and supporting declarations, which will be served and filed pursuant to the applicable Court Orders and rules of practice.

2

Dated: March 4, 2021						WINTHROP & WEINSTINE, P.A.


							By: *s/ Lisa B. Ellingson*
							    Matthew R. McBride, #0261981
							    Quin C. Seiler, #0396699
							    Lisa B. Ellingson, #0389458

							3500 Capella Tower
							225 South Sixth Street
							Minneapolis, MN  55402
							T: (612) 604-6400 │ F: (612) 604-6800
							mmcbride@winthrop.com
							qseiler@winthrop.com
							lellingson@winthrop.com

							Attorneys for Defendant
							Target Corporation


21355208v1

2