# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCHITECTURAL BUSSTRUT CORPORATION d/b/a busSTRUT,<br><br>          Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>          Defendant. | Case No. 0:19-cv-00968-DSD-ECW |

## DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

TO: PLAINTIFF ABOVE-NAMED AND ITS ATTORNEYS, JEREMY A. FIELDING, ESQ. AND MICHAEL KALIS, ESQ., KIRKLAND & ELLIS LLP, 1601 ELM STREET, DALLAS, TX 75201; AND GREGORY A. ABBOTT, ESQ, ABBOTT LAW OFFICE, P.O. BOX 24443, MINNEAPOLIS, MN 55424.

**PLEASE TAKE NOTICE** that on June 3, 2021 at 1:30 p.m., via videoconference before the Honorable David S. Doty, for the United States District Court for the District of Minnesota, Defendant Target Corporation ("Defendant") will move the Court for an Order granting its Motion for Summary Judgment. Defendant's motion will be based on the motions papers submitted, and all other matters contained in the file. The hearing is scheduled for thirty minutes of oral argument, with each side having fifteen minutes for argument.

Dated: March 4, 2021                                    WINTHROP & WEINSTINE, P.A.


By: *s/ Lisa B. Ellingson*
   Matthew R. McBride, #0261981
   Quin C. Seiler, #0396699
   Lisa B. Ellingson, #0389458

3500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
T: (612) 604-6400 │ F: (612) 604-6800
mmcbride@winthrop.com
qseiler@winthrop.com
lellingson@winthrop.com

Attorneys for Defendant
Target Corporation

21355319v1