UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCHITECTURAL BUSSTRUT<br>CORPORATION d/b/a busSTRUT,<br><br>              Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>              Defendant. | Case No. 0:19-cv-00968-DSD-ECW |

## NOTICE THAT NO REDACTION IS REQUIRED

The undersigned Lisa B. Ellingson hereby notifies the Court, court reporter/transcriber, and counsel that, in accordance with the procedure set forth in Local Rule 5.5 Redaction of Transcripts, Defendant Target Corporation will not be requesting redaction of the transcript of motions hearing held on 1/29/2021 before Magistrate Judge Elizabeth Cowan Wright as no redaction is required.

Dated: March 11, 2021

WINTHROP & WEINSTINE, P.A.

By: *s/ Lisa B. Ellingson*
    Matthew R. McBride, #0261981
    Quin C. Seiler, #0396699
    Lisa B. Ellingson, #0389458

3500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
T: (612) 604-6400 │ F: (612) 604-6800
mmcbride@winthrop.com
qseiler@winthrop.com
lellingson@winthrop.com

Attorneys for Defendant
Target Corporation