UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCHITECTURAL BUSSTRUT CORPORATION d/b/a busSTRUT,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 0:19-CV-00968-DSD-ECW<br><br>**COUNTER-DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**COUNTER-DEFENDANT'S NOTICE
OF MOTION FOR SUMMARY JUDGMENT**

TO:   DEFENDANT AND COUNTER-PLAINTIFF ABOVE-NAMED AND ITS ATTORNEYS, MATTHEW R. MCBRIDE, ESQ., QUIN C. SEILER, ESQ., AND LISA B. ELLINGSON, ESQ., WINTHROP & WEINSTEIN, P.A., 3500 CAPELLA TOWER, 225 SOUTH SIXTH STREET, MINNEAPOLIS, MINNESOTA 55402.

**PLEASE TAKE NOTICE** that on June 3, 2021, at 1:30 p.m., via videoconference before the Honorable David S. Doty, for the United States Court for the District of Minnesota, Plaintiff and Counter-Defendant Architectural busSTRUT Corporation d/b/a busSTRUT ("Counter-Defendant") will move the Court for an Order granting its Motion for Summary Judgment.  Counter-Defendant's motion will be based on the motion papers submitted, and all other matters contained in the file.  The hearing is scheduled for forty minutes, which each side having twenty minutes for argument.

<table>
<tr><td>Dated:  March 26, 2021</td><td>KIRKLAND & ELLIS, LLP<br><br>/s/ *Jeremy A. Fielding*<br>Jeremy A. Fielding  (admitted *pro hac vice*)<br>Texas State Bar No. 24040895<br>Email: jeremy.fielding@kirkland.com<br>Michael Kalis (*admitted pro hac vice*)<br>Texas State Bar No. 24092606<br>Email: michael.kalis@kirkland.com<br>901 Main Street<br>Dallas, TX 75202<br>Tel: (214) 972-1755<br>Fax: (214) 972-1771<br><br>ABBOTT LAW OFFICE<br><br>Gregory A. Abbott<br>Minnesota Reg. No. 0209491<br>Email: gabbott@abbottlaw.us<br> P.O. Box 24443<br>Minneapolis, MN 55424<br>Tel: (612) 217-2440<br><br><br>**ATTORNEYS FOR PLAINTIFF<br>AND COUNTER-DEFENDANT<br>ARCHITECTURAL BUSSTRUST<br>CORPORATION d/b/a busSTRUT**</td></tr>
</table>