UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCHITECTURAL BUSSTRUT CORPORATION d/b/a busSTRUT,<br><br>Plaintiff,<br>v.<br><br>Target Corporation,<br><br>Defendant. | Case No.: 0:19-CV-00968 (DSD-ECW)<br><br>**DEFENDANT TARGET CORPORATION'S AMENDED MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and other applicable law, Defendant Target Corporation ("Defendant") respectfully moves this Court to grant Defendant's Motion for Summary Judgment. Specifically, Defendant moves to dismiss all of Architectural Busstrut Corporation d/b/a busSTRUT's ("Plaintiff") claims with prejudice and moves for summary judgment on its breach of contract counterclaim. Defendant moves the Court to enter judgment against Plaintiff on its breach of contract counterclaim in the principal amount of $1,625,438.70.

This motion will be based upon the Declaration of Matthew R. McBride, the Memorandum of Law in Support of Motion for Summary Judgment, and all the files, records and proceedings herein.

2

|  |  |
|---|---|
| Dated: April 22, 2021 | WINTHROP & WEINSTINE, P.A. |
|  | By: *s/ Matthew R. McBride* |

    Matthew R. McBride, #0261981
    Quin C. Seiler, #0396699
    Lisa B. Ellingson, #0389458
3500 Capella Tower
225 South Sixth Street
Minneapolis, MN  55402
T: (612) 604-6400 │ F: (612) 604-6800
mmcbride@winthrop.com
qseiler@winthrop.com
lellingson@winthrop.com

A*ttorneys for Target Corporation*

21605850v1