UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Architectural BusSTRUT Corporation, | Civil No. 19-cv-968 (DSD/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Target Corporation, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Motion Regarding Continuing Sealing (Dkt. 181) pursuant to Local Rule 5.6(d) concerning documents filed under seal related to the parties' cross motions for summary judgment, this Court's July 19, 2021 Order (Dkt. 182) regarding the same, and the parties' July 27, 2021 letter to the Court (Dkt. 183) related to the Order.

The Order asserted that the parties have agreed to unseal Docket No. 103 (Dkt. 182), but the parties have notified the Court that they intended for it to continue to be filed under seal (Dkt. 183). Given this, and the fact that the document contains sensitive pricing information, the Court finds that Docket No. 103 should remain sealed.

## ORDER

Based upon on the motion and the documents filed under seal, as well as all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Docket No. 103 will remain **SEALED**.

DATED: August 2, 2021

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge